**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DIAZ,<br><br>                              Plaintiff,<br>v.<br>BANK OF THE WEST, et al.,<br><br>                              Defendants. | Case No. 22-cv-575-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE**<br><br>[Doc. No. 35] |

On December 30, 2022, Plaintiff Robert Diaz and last remaining Defendant Experian Information Solutions, Inc. filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 35. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case in its entirety with prejudice. Each party shall bear their own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

Dated:  December 30, 2022

*/s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge